JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAT RICKETTS,<br>      Plaintiff,<br><br>      v.<br><br>CBS CORPORATIONS, et al.<br>      Defendants. | CV 19-3895 DSF (MRWx)<br><br><br>JUDGMENT |

    The Court having granted in part a motion for judgment on the pleadings (JOP Order) and conditionally granted Plaintiff's request for voluntary dismissal,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the Second, Third, Fourth, and Sixth Causes of Action are dismissed with prejudice, that the First, Fifth, and Seventh Causes of Action are dismissed without prejudice, except to the extent that they are preempted by the Copyright Act and are based on the same copyrights addressed by the JOP Order, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

    IT IS SO ORDERED.

Date: August 13, 2020

                                                    *Dale S. Fischer*
                                                    Dale S. Fischer
                                                    United States District Judge